

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00026-CR
_____

BURNCHES MARKISH MITCHELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1493925D; Honorable Scott Wisch, Presiding

August 27, 2020

## ORDER ON MOTION FOR ACCESS TO SEALED RECORD

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Burnches Markish Mitchell, appeals his conviction for capital murder[1] and sentence to life imprisonment. Now pending before this court is Appellant's *Motion to Unseal the Sealed Volumes of the Reporter's Records* wherein Appellant requests

---

[1] TEX. PENAL CODE ANN. § 19.03(a)(2) (West Supp. 2019).

access to the sealed volumes of the reporter's record for the purposes of appeal. We grant the motion.

Accordingly, we order the clerk of this court to make the sealed volumes of the reporter's record available to the attorneys of record through the Attorney Portal (https://attorneyportal.txcourts.gov) in a format that is accessible only to the attorneys of record. Appellate counsel may review the contents of the sealed record but may not print or copy any of its contents. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed record to any other person or entity. Should the parties address any arguments related to evidence contained in the sealed record, the parties are ordered to note on the cover page of their respective briefs the following: "BRIEF CONTAINS SEALED MATERIALS." The clerk shall remove access to the sealed record from the Attorney Portal after submission of the appeal to the court.

It is so ordered.

Per Curiam

Do not publish.